GOTTLIEB v. GLAZIER.

(Supreme Court, Appellate Term. December 13, 1898.)

Execution against the Person.
    A judgment, in an action on a judgment recovered for a conversion, being one on contract, cannot be enforced by execution against the person.

Appeal from municipal court, borough of Manhattan, Fifth district.

Action by Juda L. Gottlieb against Samuel Glazier. There was a judgment for plaintiff, from which he appealed. Affirmed.

Action on a judgment heretofore recovered in the above-mentioned court by the plaintiff above named against the defendant herein for a conversion of personal property, and which contained a provision that the defendant therein was subject to arrest and imprisonment. The pleadings were oral, and the answer a general denial. The trial justice, in rendering judgment in favor of the plaintiff, refused to insert therein a provision similar to the one contained in the original judgment; whereupon the plaintiff appealed to this court.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

Jacob Rieger, for appellant.

PER CURIAM. The action being on contract, i. e. a judgment, and not in tort, as upon the original cause of action, the plaintiff was not entitled to an execution against the person, and the justice, therefore, properly refused to insert such a provision in the judgment under review. Gutta-Percha & Rubber Mfg. Co. v. Mayor, etc., 108 N. Y. 276, 15 N. E. 402.

The judgment must therefore be affirmed, with costs.